IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MONEX FINANCIAL SERVICES LTD., an Irish corporation, and PLANET PAYMENT, INC., a Delaware corporation,

          Plaintiff,

-against-

NOVA INFORMATION SYSTEMS, INC., a Georgia corporation,

          Defendant.

07 Civ. _____

JUN 2 0 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## STATEMENT UNDER RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Monex Financial Services Ltd., a private non-governmental party, identifies, through its undersigned counsel, the following corporate parents or publicly held corporations that own 10% or more of its stock: none.

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Planet Payment, Inc., a private non-governmental party, identifies, through its undersigned counsel, the following corporate parents or publicly held corporations that own 10% or more of its stock: none.

Dated: June 20, 2007
      New York, New York

ABELMAN, FRAYNE & SCHWAB

_____
Jeffrey A. Schwab (JS 9592)
Richard L. Crisona (RC 2203)
666 Third Avenue
New York, New York 10017
(212) 949-9022

Attorneys for Plaintiffs