| | |
|---|---|
| United States District Court<br>Southern District of New York | Affidavit of<br>Service |

---

Monex Financial Services, Ltd. and
Planet Payment, Inc.

                                          **Plaintiff(s)**

     vs                                                 Index # :07cv5837

Nova Information Systems, Inc.

                                          **Defendant(s)**

---

State of New York
County of Albany    ss.

Gregory S. Relyea, being duly sworn, deposes and says that he is over the age of eighteen (18) years, is not a party in this action and resides in the State of New York; That on the 22nd day of June, 2007 he served the:

                Summons, Complaint & Rule 7.1 Statement
                               ON
                      Nova Information Systems, Inc.

  by delivering to and leaving with Carol Vogt, an employee of the office of the Secretary of State of the State of New York in the City of Albany, New York, Two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 303 of the Limited Liability Company Law of the State of New York.

  Deponent further says that he knew the person so served as aforesaid in the Office of the Secretary of State of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

                                                            *[signature]*

Sworn to before me this
22nd day of JUNE, 2007

*[signature]*
Glenn C. Relyea
Notary Public of New York, Qualified in Saratoga County
My Commission Expires 04/06/2008 #02RE4994514