USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

MONEX FINANCIAL SERVICES LTD.,
an Irish corporation, and PLANET PAYMENT,
INC., a Delaware corporation,

                Plaintiffs,

- against-

NOVA INFORMATION SYSTEMS, INC.,
a Georgia corporation,

                Defendant.

------------------------------------------------------------- x

Index No. 07 CV 5837 (WHP)
(GWG)

**STIPULATION**

**IT IS HEREBY STIPULATED** that the time for Defendant NOVA Information Systems, Inc. to answer, object, or otherwise move in response to the Plaintiff's Complaint is extended from July 12, 2007 up to and including August 16, 2007. No previous adjournments have been requested or granted. Plaintiffs consent to the adjournment.

Dated: New York, New York
       July 12, 2007

                                          Respectfully submitted,

                                          Abelman, Frayne & Schwab

                By: _____
                                          Jeffrey A. Schwab (JS 9592)
                                          Richard L. Crisona (RC 2203)
                                          666 Third Avenue
                                          New York, New York 10017
                                          (212) 949-9022
                                          (212) 949-9190 (facsimile)

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
7/16/07

                                          *Attorneys for Plaintiffs*
                                          *Monex Financial Services Ltd.*
                                          *and Planet Payment, Inc.*

By: McKenna Long & Aldridge LLP

_____
Charles E. Dorkey III (CD 8422)
230 Park Avenue
Suite 1700
New York, New York 10169
(212) 905-8330
(212) 922-1819 (facsimile)

-and-

McKenna Long & Aldridge LLP
Phillip A. Bradley (Georgia Bar No. 075137)
Jeremy M. Moeser (Georgia Bar No. 515198)
303 Peachtree Street, N.E.
Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

*Attorneys for Defendant*
*NOVA Information Systems, Inc.*

SO ORDERED:

_____
U.S.D.J.

Dated: July ____, 2007

12049691.1