Charles E. Dorkey III (CD-8422)
McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)

*Attorneys for Defendant NOVA Information Systems, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MONEX FINANCIAL SERVICES LTD., an Irish corporation, and PLANET GROUP, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> -against- <br><br> NOVA INFORMATION SYSTEMS, INC. a Georgia corporation, <br><br> Defendant. | Civil Action No. <br> 1:07-CV-5837-WHP <br><br> **NOVA INFORMATION SYSTEMS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Nova Information Systems, Inc. ("NOVA"), by its undersigned attorneys, McKenna Long & Aldridge LLP, states for its Rule 7.1 Corporate Disclosure Statement, as follows:

(A)    NOVA's ultimate parent company is U.S. Bancorp. U.S. Bancorp owns 100% of the stock of U.S. Bank National Association, which, in turn owns 100% of the stock of NOVA.

(B)    U.S. Bancorp is a publicly held corporation.

[Signature contained on following page.]

Dated: August 16, 2007
      New York, New York

McKENNA LONG & ALDRIDGE LLP

Charles E. Dorkey III (CD-8422)
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8300
(212) 922-1819 (facsimile)

Of Counsel:

Jane Moffat
McKenna Long & Aldridge LLP
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8309
(212) 922-1819 (facsimile)

Phillip A. Bradley
Georgia Bar No. 075137
Jeremy M. Moeser
Georgia Bar No. 515198
McKenna Long & Aldridge LLP
303 Peachtree Street, N.E.
Suite 5300
Atlanta, GA  30308
(404) 527-4000
(404) 527-4198 (facsimile)

*Attorneys for Defendant NOVA Information Systems, Inc.*

Charles E. Dorkey III (CD-8422)
McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)

*Attorneys for Defendant NOVA Information Systems, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MONEX FINANCIAL SERVICES LTD., an Irish corporation, and PLANET GROUP, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>-against-<br><br>NOVA INFORMATION SYSTEMS, INC. a Georgia corporation,<br><br>                    Defendant. | Civil Action No.<br>1:07-CV-05837-WHP<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I have this day served a copy of the within and foregoing upon counsel via U.S. Mail postage prepaid to ensure delivery.

        Jeffrey A. Schwab
        Richard L. Crisona
        ABELMAN, FRAYNE & SCHWAB
        666 Third Avenue
        New York, NY 10017

Dated: August 16, 2007
       New York, New York

_____
Charles E. Dorkey III

ATLANTA:4937456.2