# McKenna Long & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

230 Park Avenue • Suite 1700 • New York, NY 10169
Tel: 212.905.8300 • Fax: 212.922.1819
www.mckennalong.com

New York
Philadelphia
Sacramento
San Diego
San Francisco
Washington, D.C.

CHARLES E. DORKEY III
(212) 905-8330



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/17

August 24, 2007

**By FedEx**

The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
Courtroom 11D
New York, NY 10007

SEP 1  2007

Re:  Monex Financial Services Ltd. and Planet Payment, Inc. v. Nova Information Systems, Inc.
     Case No. 07 CV 5837

Dear Judge Pauley:

I am counsel for defendant in this action. I write to request that the pretrial conference scheduled for September 28 at 10:45 a.m. be adjourned to October 5 at a time convenient to your Honor. Plaintiff's counsel consents to the request and is available on October 5.

In going over my calendar for September, I noticed that the pretrial conference in this case is set for a day when my firm has scheduled an all-partner retreat in Atlanta, Georgia. I would appreciate Your Honor's willingness to adjourn the hearing one week so that I can attend our retreat.

No previous application for this relief has been sought.

Sincerely yours,

Charles E. Dorkey III

cc: Richard L. Crisona, Esq. (by FedEx)

Application granted. The conference will be held at 10:30 a.m.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9/13/2007