USDC SDNY
DOCUMENT
ELECTRONICALLY FI
DOC #:
DATE FILED: 10/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
MONEX FINANCIAL SERVICES          :
LTD. et al.,                      :
                                  :
            Plaintiffs,           :   07 Civ. 5837 (WHP)
                                  :
      -against-                   :   SCHEDULING ORDER No. 1
                                  :
NOVA INFORMATION SYSTEMS, INC.,   :
                                  :
            Defendant.            :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

Counsel for the parties having appeared for an initial pre-trial conference on October 5, 2007, the following schedule is established on consent:

(1) The parties shall submit any request for expert discovery by May 15, 2008;

(2) Absent a request for expert discovery, all discovery shall be completed by July 31, 2008;

(3) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by September 19, 2008; and

-1-

(4) This Court will hold a final pre-trial conference on October 3, 2008 at 10:00 a.m.

Dated: October 5, 2007
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Jeffrey A. Schwab, Esq.
Richard L. Crisona, Esq.
Abelman Frayne & Schwab
666 Third Avenue
New York, NY 10017
*Counsel for Plaintiffs*

Charles E. Dorkey, III, Esq.
McKenna Long & Aldridge
230 Park Avenue
New York, NY 10169
*Counsel for Defendant*