ABELMAN, FRAYNE & SCHWAB
Jeffrey A. Schwab (JS 9592)
Richard L. Crisona (RC 2203)
John H. Choi (JC 1286)
666 Third Avenue
New York, New York 10017
(212) 949-9022

*Attorneys for Plaintiffs*

MCKENNA LONG & ALDRIDGE LLP
Charles E. Dorkey III (CD 8422)
S. Jane Moffat (SM 0912)
230 Park Avenue, Suite 1700
New York, New York 10169
(212) 905-8330

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MONEX FINANCIAL SERVICES LTD., an Irish corporation, and PLANET PAYMENT, INC., a Delaware corporation,

          Plaintiffs,

-against-

NOVA INFORMATION SYSTEMS, INC., a Georgia corporation,

          Defendant.

07 Civ. 5837 (WHP)(GWG)

[PROPOSED] **REVISED SCHEDULING ORDER**

The parties, through their undersigned counsel, hereby agree to a revised case schedule as follows:

| ACTION TO BE TAKEN | CURRENT SCHEDULE | REVISED SCHEDULE |
| --- | --- | --- |
| Request for Expert Discovery | May 15, 2008 | August 15, 2008 |
| Fact Discovery Cut-Off Absent a Request for Expert Discovery | July 31, 2008 | October 31, 2008 |

| Joint Pre-Trial Order | September 19, 2008 | January 9, 2009 |
| Final Pre-Trial Conference | October 3, 2008 | January 23, 2009 |

                                      Respectfully submitted,

Dated: May 7, 2008  
New York, New York

                                    ABELMAN, FRAYNE & SCHWAB

                                    Jeffrey A. Schwab (JS 9592)  
Richard L. Crisona (RC 2203)  
John H. Choi (JC 1286)  
666 Third Avenue  
New York, New York 10017  
(212) 949-9022

*Attorneys for Plaintiffs*

Dated: May 7_, 2008  
New York, New York

                                    MCKENNA LONG & ALDRIDGE LLP

Charles E. Dorkey III (CD 8422)  
S. Jane Moffat (SM 0912)  
230 Park Avenue, Suite 1700  
New York, New York 10169  
(212) 905-8330

*Attorneys for Defendant*

SO ORDERED:  
                                    **U.S. District Judge William H. Pauley III**

Dated: May 12, 2008