```
                                              ┌─────────────────────────────┐
                                              │ USDC SDNY                   │
                                              │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                  │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                 │ DOC #: _____        │
- - - - - - - - - - - - - - - - - - - - -X   │ DATE FILED: 8/22/08         │
                                          :   └─────────────────────────────┘
MONEX FINANCIAL SERVICES
LTD. et al.,                              :

                Plaintiffs,               :    07 Civ. 5837 (WHP)

        -against-                         :    SCHEDULING ORDER No. 2

NOVA INFORMATION SYSTEMS, INC.,           :

                Defendant.                :

- - - - - - - - - - - - - - - - - - - - -X
```

WILLIAM H. PAULEY III, District Judge:

    Plaintiff having submitted a request for an expert, the following schedule is established:

    1.    The parties shall exchange expert reports on November 21, 2008;

    2.    The parties shall exchange reply expert reports on December 5, 2008; and

    3.    The parties shall complete expert discovery by December 19, 2008.

Dated: August 22, 2008
       New York, New York

                                  SO ORDERED:

                                  _____
                                  WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of Record:*

Jeffrey A. Schwab, Esq.
Richard L. Crisona, Esq.
Abelman Frayne & Schwab
666 Third Avenue
New York, NY 10017
*Counsel for Plaintiffs*

Charles E. Dorkey, III, Esq.
McKenna Long &Aldridge
230 Park Avenue
New York, NY 10169
*Counsel for Defendant*